1278

MORROW, Presiding Judge.

Robbery with firearms is the offense; penalty assessed at confinement in the penitentiary for ten years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Lucius DAVIS v. STATE.
### No. 19157.

Court of Criminal Appeals of Texas.
Oct. 13, 1937.

T. D. Kimbrough, of Midland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for murder; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Jim JOHNSON v. STATE.
### No. 19194.

Court of Criminal Appeals of Texas.
Oct. 13, 1937.

Jno. B. Littler, of Big Spring, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is assault with intent to murder; penalty assessed at confinement in the penitentiary for one year.

The appellant has filed a written motion, duly verified by his affidavit, requesting the withdrawal of his appeal. The request is granted and the appeal is ordered dismissed.

## Herman BROWN v. STATE.
### No. 19199.

Court of Criminal Appeals of Texas.
Nov. 17, 1937.

J. H. Martin, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.